BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Ryan P. Setty−O'Connor § Case No.: 23−42882−elm7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 12/21/23          FOR THE COURT:
                         Robert P. Colwell, Clerk of Court

                         by: /s/Tracy Nunns, Deputy Clerk